1

2  Lawrence D. Rohlfing
   Attorney at Law: 119433
3  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
4  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
5  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

6  Attorneys for Plaintiff
   Quintin A. Harrison
7

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| QUINTIN A. HARRISON, | ) Case No.: CV 11-01176 FMO |
|---|---|
| Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,488.17 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 1/6/12

_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE

1

2  Respectfully submitted,

3  LAW OFFICES OF Lawrence D. Rohlfing

4     /s/   .
   _____

5  Lawrence D. Rohlfing
   Attorney for plaintiff Quintin A. Harrison

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26